UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KEDRICK DEONTAE BUSH, | ) | |
| *Petitioner*, | ) ) | Case No. 1:23-cv-134 |
| v. | ) ) | Judge Atchley |
| SHERIFF JIM HAMMOND, | ) ) | Magistrate Judge Lee |
| *Respondent*. | ) ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion filed herewith, this pro se prisoner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED** for want of prosecution and failure to comply with a Court Order pursuant to Rule 41(b). A certificate of appealability **SHALL NOT** issue.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**/s/ Charles E. Atchley, Jr.**
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ *Leanna Wilson*
LeAnna Wilson
CLERK OF COURT